# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## FRANKFORT

| | |
|---|---|
| PHILLIP TRUESDELL, et al. | |
| **Plaintiffs,** | CASE NO. 3:19-CV-00066-GFVT |
| V. | Judge Gregory F. Van Tatenhove |
| ERIC FRIEDLANDER, in his capacity as Secretary of the Kentucky Cabinet for Health and Family Services, et al. | |
| **Defendants,** | |
| and | |
| PATIENT TRANSPORT SERVICES, INC., | |
| **Intervenor-Defendant.** | |

## INTERVENOR-DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTY

Comes now, Intervenor-Defendant, Patient Transport Services, Inc. ("PTS"), by counsel and pursuant to Federal Rule of Civil Procedure 25(c), and moves for an order substituting First Care Ohio, LLC ("First Care") for Patient Transport Services, Inc. ("PTS") as the Intervenor-Defendant because First Care has acquired the interests of PTS. A memorandum in support and proposed order are filed herewith.

Respectfully submitted,

/s/ David M. Dirr
Mathew R. Klein
Mark D. Guilfoyle
Christopher Markus
David M. Dirr
DRESSMAN BENZINGER LAVELLE psc
207 Thomas More Parkway
Crestview Hills, Kentucky 41017-2596
Phone: 859-341-1881
Fax: 859-341-6239
mklein@dbllaw.com
mguilfoyle@dbllaw.com
cmarkus@dbllaw.com
ddirr@dbllaw.com
*Attorneys for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

/s/ David M. Dirr
David M. Dirr

952007v1