UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

---

**PHILLIP TRUESDELL and LEGACY MEDICAL TRANSPORT, LLC,**

    Plaintiffs,

        v.

**ERIC FRIEDLANDER, in his official capacity as Acting Secretary of the Kentucky Cabinet for Health and Family Services, et al.,**

    Defendants,

and

**First Care Ohio, LLC,**

    Intervenor-Defendant.

Civil Action No. 3:19-cv-00066-GFVT

---

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to LR 83.6(c), undersigned counsel hereby gives notice of the withdrawal of Christopher L. Thacker of Billings Law Firm, PLLC as attorney of record for Plaintiffs Phillip Truesdell and Legacy Medical Transport, LLC in this matter. John N. Billings of the same firm is hereby substituted as additional counsel of record for Plaintiffs.

Pro hac vice counsel, Anastasia P. Boden and Mollie Williams of the Pacific Legal Foundation will also remain counsel of record for Plaintiffs

Plaintiffs have consented to the withdrawal of Christopher L. Thacker and the substitution of John N. Billings.

DATED:  May 24, 2021.

Respectfully submitted,

| | |
|---|---|
| BILLINGS LAW FIRM, PLLC | PACIFIC LEGAL FOUNDATION |
| | |
| */s/ John N. Billings* | ANASTASIA P. BODEN, Cal. Bar No. 281911* |
| JOHN N. BILLINGS | Email:  ABoden@pacificlegal.org |
| Email: nbillings@blfky.com | 930 G Street |
| 145 Constitution Street | Sacramento, California 95814 |
| Lexington, Kentucky 40507 | Telephone:  (916) 419-7111 |
| Telephone:  (859) 225-5240 | Facsimile:  (916) 419-7747 |
| Facsimile:  (859) 225-5241 | |
| *Substituting Counsel* | MOLLIE WILLIAMS, Cal. Bar No. 322970* |
| | Email:  MWilliams@pacificlegal.org |
| */s/ Christopher L. Thacker* | 930 G Street |
| CHRISTOPHER L. THACKER | Sacramento, California 95814 |
| Email:  cthacker@blfky.com | Telephone:  (916) 419-7111 |
| 145 Constitution Street | Facsimile:  (916) 419-7747 |
| Lexington, Kentucky 40507 | |
| Telephone:  (859) 225-5240 | **pro hac vice* |
| Facsimile:  (859) 225-5241 | |
| *Withdrawing Counsel* | |

*Counsel for Plaintiffs Phillip Truesdell and*
*Legacy Medical Transport, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

              */s/ John N. Billings*
              *Counsel for Plaintiffs Phillip Truesdell and*
              *Legacy Medical Transport, LLC*