UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| PHILLIP TRUESDELL, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:19-cv-00066-GFVT |
| v. | ) ) ) | |
| ERIC FRIEDLANDER, *et al.*, | ) ) ) | **JUDGMENT** |
| Defendants. | ) ) ) ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. Judgment is **ENTERED** in favor of Defendants;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3. All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 8th day of September, 2022.

Gregory F. Van Tatenhove
United States District Judge