UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CIVIL ACTION NO.  3:19-CV-00066-GFVT

PHILLIP TRUESDELL, et al.,                                             PLAINTIFFS,

v.

SECRETARY ERIC FRIEDLANDER, et al.,                          DEFENDANTS.

---

## CLERK'S TAXATION OF COSTS

---

This matter is before the Clerk of Court pursuant to a Bill of Costs [Record # 124] seeking taxation of costs incurred in the total sum of $3,535.66.  Having considered the Bill of Costs and related itemized receipts pursuant to Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920, the Clerk hereby reduces the Bill by the sum of $9.60 representing postage associated with the deposition of Dr. Matthew Mitchell. [Record #124, Page ID #5687]

All other costs are granted in their entirety.

**NOW, THEREFORE,** costs are taxed against the plaintiffs in the amount of $3,526.06.

So taxed by the Clerk of Court and included in the judgment on this 18th day of October, 2022.

s/Robert R. Carr_____
ROBERT R. CARR, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY