UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5808

PHILLIP TRUESDELL; LEGACY MEDICAL TRANSPORT, LLC,

    Plaintiffs - Appellants,

v.

ERIC FRIEDLANDER, in his official capacity as Secretary of the Kentucky Cabinet for Health and Family Services; ADAM MATHER, in his official capacity as Inspector General for the Kentucky Cabinet for Health and Family Services; CARRIE BANAHAN, in her official capacity as Deputy Secretary of the Kentucky Cabinet for Health and Family Services,

    Defendants - Appellees,

FIRST CARE OHIO, LLC, fka Patient Transport Services, Inc.,

    Intervenor-Defendant - Appellee.

> FILED
> Sep 01, 2023
> DEBORAH S. HUNT, Clerk

Before: GRIFFIN, BUSH, and MURPHY, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Frankfort.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED IN PART and REVERSED IN PART.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk