# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5808

_____

Filed: October 13, 2023

PHILLIP TRUESDELL; LEGACY MEDICAL TRANSPORT, LLC

    Plaintiffs - Appellants

v.

SECRETARY ERIC FRIEDLANDER, in his official capacity as Secretary of the Kentucky Cabinet for Health and Family Services, fka Adam Meier; ADAM MATHER, in his official capacity as Inspector General for the Kentucky Cabinet for Health and Family Services, fka Steven Davis; CARRIE BANAHAN, in her official capacity as Deputy Secretary of the Kentucky Cabinet for Health and Family Services

    Defendants - Appellees

FIRST CARE OHIO, LLC, substituted for and, fka Patient Transport Services, Inc.

    Intervenor-Defendant - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 09/01/2023 the mandate for this case hereby issues today.

    COSTS:  To be recovered by David Thomas Lovely

Filing Fee ........................$  
Printing ..........................$

    Total ...................$ $252.50