# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION

___

| | |
|---|---|
| **PHILLIP TRUESDELL and LEGACY MEDICAL TRANSPORT, LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ERIC FRIEDLANDER, in his official capacity as Secretary of the Kentucky Cabinet for Health and Family Services, et al.,**<br><br>**Defendants.** | **Civil Action No. 3:19-cv-00066-GFVT** |

___

## STIPULATED PROPOSED ORDER

In accordance with the September 1, 2023 opinion and judgment of the United States Court of Appeals for the Sixth Circuit reversing this Court's judgment of dismissal of Plaintiffs' Commerce Clause claim and remanding the case for further proceedings, *Truesdell, et al. v. Friedlander, et al.*, No. 22-5808, Doc. #35 (6th Cir. Sept. 1, 2023); and Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

## FINAL JUDGMENT ON REMAND

This court's September 9, 2022 final judgment, (Doc. 121), is vacated in part, and final judgment is entered for Plaintiffs and against Defendants on Plaintiffs' first claim for relief (violation of Commerce Clause).

## DECLARATORY JUDGMENT

It is hereby declared that the Kentucky Certificate of Need program for ambulance services, set out in KRS § 216B, 900 KAR 6:070-90, is unconstitutional to the extent it applies "to the interstate transportation that [Plaintiffs] seek[] to provide." *Truesdell v. Friedlander*, 80 F.4th 762, 782 (6th Cir. 2023). Kentucky's Certificate of Need program unconstitutionally "bar[s] Legacy from engaging in interstate commerce from Kentucky to Ohio on the ground that Kentucky 'deem[s] that increased interstate 'competition' 'undesirable.'" *Id.* (citing *Bradley v. Public Utilities Commission of Ohio*, 289 U.S. 92, 95 (1933).

## PERMANENT INJUNCTION

Defendants are hereby permanently enjoined from enforcing the Kentucky Certificate of Need program for ambulance services against Plaintiffs with regard to interstate ambulance transportation as held in the 6th Circuit's judgment entered September 1, 2023. The entry of this Order and

Injunction does not foreclose any party from timely filing a Petition for Writ of Certiorari in the Supreme Court of the United States.

IT IS SO ORDERED.

Dated: _____

                                                _____
                                                  UNITED STATES DISTRICT JUDGE